IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>GLEN DALE CHAMPINE,<br><br>Defendant. | CR-12-77-GF-BMM<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on March 16, 2023. (Doc. 60.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on March 28, 2023. (Doc. 60) The United States accused Glenn Dale Champine, (Champine) of violating his

conditions of supervised release 1) by consuming alcohol and; 2) by failing to complete his sex offender treatment program. (Doc. 54.)

At the revocation hearing, admitted Champine admitted that he had violated the terms of his supervised release 1) by consuming alcohol and; 2) by failing to complete his sex offender treatment program.  (Doc. 56.)  Judge Johnston found that the violations Champine admitted prove serious and warrants revocation of his supervised release and recommends a custodial sentence of 3 months, with 117 months supervised release to follow with the first 60 days of his supervised release at Connections Corrections in Warm Springs, Montana.(Doc. 114.)  Henderson was advised of his right to appeal and his right to allocute before the undersigned. He waived those rights. (Doc. 60.)  The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 60) are **ADOPTED IN FULL.  IT IS FURTHER ORDERED** that Defendant Glenn Dale Champine be sentenced to the Bureau of .

DATED this 3rd day of April, 2023.

_____
Brian Morris, Chief District Judge
United States District Court