IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br><br>GLEN DALE CHAMPINE,<br><br>Defendant. | CR-12-77GF-BMM<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on December 12, 2023. (Doc. 82.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on December 11, 2023. (Doc. 78.) The United States accused Glen Dale Champine (Champine) of violating his

conditions of supervised release 1) by failing to comply with his substance abuse testing requirements; 2) by failing to notify his probation officer of a change in residence; and 3) by knowingly residing in a home located within 100 yards of Browning Middle School; 4) by failing to comply with his sex offender registration requirements; and 5) by using methamphetamine.  (Doc. 75.)

At the revocation hearing, Champine admitted to having violated the conditions of his supervised release 1) by failing to comply with his substance abuse testing requirements; 2) by failing to notify his probation officer of a change in residence; and 3) by knowingly residing in a home located within 100 yards of Browning Middle School; and 4) by using methamphetamine.  The Court dismissed alleged violation 4 on the government's motion. (Doc. 78.)  Judge Johnston found that the violations Champine admitted are serious and warrants revocation of his supervised release and  recommends a sentence of 12 months and 1 day, with no supervised release to follow. (Doc. 82.)  Champine was advised of his right to appeal and allocute before the undersigned and waived those rights. (Doc. 78.) The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 82) are **ADOPTED IN FULL.  IT IS FURTHER ORDERED** that Defendant Glenn Dale Champine be sentenced to the Bureau of Prison of 12 months and 1 day with no supervised release to follow.

DATED this 12th day of December, 2023.

_____
Brian Morris, Chief District Judge
United States District Court